ELIZABETH BEUSCHER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

VERNIE BODDEN, Respondent, v. UNITED STATES LINES COMPANY OF NEVADA, Defendant; UNITED STATES LINES COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

WILLIAM BOTH, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant; MILLS BAKER, as Executor, etc., of JOHN H. EDEN, Deceased, and EDNA MEYER, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE BROOKLYN TRUST COMPANY, as Executor, etc., of JOHN DAIS, Deceased, Respondent, v. JOHN C. MAHON, Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE COUNTY OF ORANGE, Respondent, v. ERNEST G. STILLMAN and Others, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

FANNY DECKER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. The motion for reargument is referred to the court that rendered the decision on the appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ. Motion granted and upon reargument the decision of this court handed down on July 2, 1937 [251 App. Div. 891], is hereby modified to read as follows: Judgment dismissing plaintiff's complaint at the close of her case, on the ground that she failed to serve a notice of claim and intention to sue within six months after the accident, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ASSUNTA DE COTIIS and Another, Respondents, v. WILLIAM J. PHELAN and Others, Defendants; ARTHUR GOAT, Executor, etc., of HELEN BOCK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.